THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* HARVEY LEE GUTHRIE, Petitioner-Appellant.

(No. 11783;

Fourth District—October 17, 1972.

Opinion by Mr. JUSTICE SMITH.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

No appearance for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* NATHANIEL ROBINSON, Defendant-Appellee.

(No. 11882;

Fourth District—October 17, 1972.